UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRIDGETTE LEWIS<br>    *Plaintiff*,<br><br>vs.<br><br>NEXT LIFE AUSTIN, INC. DBA SCISSORS & SCOTCH, AND JOSH STROUP<br>    *Defendants* | CIVIL ACTION # 1:23-cv-00378-RP-SH<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

Plaintiff Bridgette Lewis and Defendants Next Life Austin, Inc. and Josh Stroup (collectively, the "**Parties**") hereby give the Court notice that the Parties have agreed to settle the case and respectfully request that the case be abated for 45 days so that settlement documents can be finalized and dismissal documents filed with this Court.

Respectfully submitted,

**AMINI & CONANT, LLP**
1204 San Antonio Street, Second Floor
Austin, TX 78701
Tel: (512) 222-6883
Fax: (512) 900-7967
service@aminiconant.com

By: /s/ R. Alex Conant

R. Alex Conant
State Bar No. 24074061
alex@aminiconant.com
R. Buck McKinney
State Bar No. 00784572
buck@aminiconant.com

*Counsel for Defendants*

**Cory A. Scanlon**
P.O. Box 27770
Austin, Texas 78755
Tel: (210) 802-6056
Fax: (512) 332-0764

By: /S/WP/ Cory Scanlon

Cory A. Scanlon
State Bar No. 24104599
cory.scanlon.scotx@gmail.com

*Counsel for Plaintiff*

## Certificate of Service

The undersigned certifies that this filing has been served on all parties and counsel of record through the Court's Electronic Court Filing System.

*R. Alex Conant*

R. Alex Conant